1  Gerald P. Kennedy (SBN 105887)
   John D. Alessio (SBN 174900)
2  Procopio, Cory, Hargreaves & Savitch LLP
   530 B Street, Suite 2100
3  San Diego, CA 92101
   Telephone: 619.238.1900
4  Facsimile: 619.235.0398

5  Attorneys for Defendant PLAZA HOME
   MORTGAGE, INC.
6

7

8          IN THE UNITED STATES BANKRUPTCY COURT

9            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 In Re: | Chapter 13 |
| 11 ENRIQUE VELEZ, | Bankruptcy Case No. 08-53842 MM |
| 12     Debtor, | Adversary Case No.: 09-05037 MM |
| 13 ——————————————— | **NOTICE OF MOTION AND MOTION OF DEFENDANT, PLAZA HOME MORTGAGE, INC. TO DISMISS COMPLAINT PURSUANT TO FRBP 7012(b)(6)** |
| 14 ENRIQUE VELEZ, | |
| 15     Plaintiff, | |
| 16 v. | Date: May 13, 2010 |
| 17 PLAZA HOME MORTGAGE, INC., a | Time: 1:00 p.m. |
| 18 California corporation; WASHINGTON MUTUAL BANK, a Delaware corporation; and | Ctrm: 3070 |
| 19 TRI-CITY REAL ESTATE & MORTGAGE, a California limited liability company, | Judge: Hon. Marilyn Morgan |
| 20 | |
| 21     Defendants. | |

22  TO:   **ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

23        **PLEASE TAKE NOTICE** that on May 13, 2010 at 1:00 p.m. or as soon thereafter

24  as the matter may be heard, in the Courtroom of the Honorable Marilyn Morgan, United

25  States Bankruptcy Court, Northern District of California, located at 280 South First Street,

26  San Jose, California, 95113, Defendant Plaza Home Mortgage, Inc. ("Plaza") will and

27  hereby does move the Court for an order dismissing the action pursuant to the Federal

28  Rules of Civil Procedure 12(b)(6), made applicable to this adversary proceeding by

---

*DEFENDANT PLAZA HOME MORTGAGE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS*

1 | Federal Rule of Bankruptcy Procedure 7012(b) (the "Motion").

2 |     This Motion is made on the grounds that the verified Third Amended Complaint

3 | filed on or about March 23, 2010 fails to allege facts sufficient to state claims for relief

4 | against Defendant Plaza for rescission under the Truth in Lending Act, quiet title, and

5 | declaratory relief. This Motion is based on this Notice of Motion and Motion, the

6 | Memorandum of Points and Authorities in support hereof, the Declaration of Gerald P.

7 | Kennedy in Support of the Motion to Dismiss, the pleadings and other files herein, and

8 | such other written and oral argument as may be presented to the Court.

9 | DATED: April 9, 2010

PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP

By: /s/ Gerald P. Kennedy
Gerald P. Kennedy, Esq.
John D. Alessio, Esq.
Attorneys for Defendant Plaza Home
Mortgage, Inc.
Email: gpk@procopio.com
jda@procopio.com

2